

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                         |   |                        |
|-------------------------|---|------------------------|
| IN RE: MAX GROSSMAN,    | § | No. 08-18-00141-CV     |
| Relator.                | § | AN ORIGINAL PROCEEDING |
|                         | § | IN MANDAMUS            |
|                         | § |                        |

## **O R D E R**

On August 15, 2018, the Texas Supreme Court of Texas ordered that the above-styled and numbered cause be transferred to the Fourth Court of Appeals, in San Antonio, Texas, and it instructed this Court to issue an order transferring the cause. It is therefore ordered that the Clerk of the Court take the steps necessary to transfer the case to the Fourth Court of Appeals in compliance with the Supreme Court's order.

IT IS SO ORDERED this 15th day of August, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.